NUMBER 13-00-747-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


WAYNE BURSEY AND GEORGE E. WILSON
, Appellants,


v.



JIMMIE ARMSTEAD AND JESSE NASH, SR., ET AL.
, Appellees.

___________________________________________________________________


On appeal from the 148th District Court 


of Nueces County, Texas


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam



 Appellants, WAYNE BURSEY AND GEORGE E. WILSON, attempted to
perfect an appeal from a judgment entered by the 148th District Court of
Nueces County, Texas, in cause number 00-391-E. An order granting
temporary injunction in this cause was signed on November 6, 2000. 
Pursuant to Tex. R. App. P. 26.1(b), appellants' notice of appeal was due on
November 27, 2000, but was not filed until December 11, 2000. Appellants
filed a motion for leave to file notice of appeal on December 11, 2000.

 The Court, having examined and fully considered the documents on file,
appellants' failure to timely perfect his appeal, and appellants' motion for leave
to file notice of appeal, is of the opinion that appellants' motion for leave to file
notice of appeal should be denied. Appellants' motion for leave to file notice
of appeal is DENIED. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM

Justice J. Bonner Dorsey notes his dissent.


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 29th day of December, 2000.